United States District Court
WESTERN DISTRICT OF NEW YORK

TERRELL HALE,

        Petitioner,

v.

NEW YORK STATE,

        Respondent.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-265-LJV

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that this case is dismissed for failure to notify the Court of address change.

Date: December 4, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
    Deputy Clerk